Rachel A. Mihai, State Bar No. 249716
rmihai@bremerwhyte.com
Ryan R. Tikker, State Bar No. 312860
rtikker@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendant,
TRIPLE T SILVER CORP DBA PHO SAIGON PEARL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE FANG, an individual, | Case No. 8:22-cv-00795 DOC (KESx) |
| Plaintiff, | Judge: Hon. David O. Carter<br>Dept: 10A |
| v. | **NOTICE OF SETTLEMENT** |
| TRIPLE T SILVER CORP. dba PHO SAIGON PEARL, and DOES 1-10, | Scheduling Conference Date:<br>June 28, 2022<br>Time: 8:00 a.m. |
| Defendants. | Complaint Filed: April 12, 2022 |

TO THE HON. DAVID O. CARTER AND STAFF:

Plaintiff JAMIE FANG ("Plaintiff") and Defendant TRIPLE T SILVER CORP DBA PHO SAIGON PEARL ("Defendant") and collectively, (the "Parties") have reached a settlement in this case. The Parties are currently preparing a written settlement agreement memorializing the terms of the agreement. Shortly thereafter,

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

NOTICE OF SETTLEMENT

1485.212  4860-1027-1269.1

the Parties will be filing a request for dismissal with prejudice, but which will include a request that the Court retain jurisdiction to interpret and enforce the terms of settlement.

    The Parties thus request that the Court take off-calendar the Scheduling Conference set for Tuesday, June 28, 2022, and set a date for an OSC re: dismissal approximately 30 days thereafter, on or about August 2, 2022, or a date convenient with the Court's calendar.

Dated: June 13, 2022

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Rachel A. Mihai
Ryan R. Tikker
Attorneys for Defendant
TRIPLE T SILVER CORP DBA
PHO SAIGON PEARL

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2
NOTICE OF SETTLEMENT

1485.212  4860-1027-1269.1

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 13, 2022, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

# NOTICE OF SETTLEMENT

I declare under of perjury that the foregoing is true and correct, and that this Certificate of Service was executed on June 13, 2022, at Newport Beach, California.

_____
Lucy Ta

Jamie Fang v. Triple T Silver Corp. dba Pho Saigon Pearl
United States District Court Central District of California (8:22-cv-00795 DOC (KESx)

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

1485.212  4856-9845-2769.1